UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NANCY WAGNER, | CASE NO. 2:21-cv-00508-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| KING COUNTY et al, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The Court has issued an order to show cause why this case should not be dismissed for failure to prosecute (the "Order to Show Cause"). Dkt. No. 29. Absent a timely and satisfactory response from Plaintiff, the Court will dismiss this case.

(2) In light of the potential resolution of this case, Defendant King County's pending motion to compel (Dkt. No. 24) is hereby STRICKEN as premature and moot, with leave to re-file at a future date if appropriate.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Order to all counsel of record and to mail a copy of this Order to Plaintiff, who is *pro se*, at: 3033 S 76th St., Tacoma, WA 98409.

Dated this 24th day of March 2022.

                                                  s/ Ravi Subramanian
                                                  Clerk of the Court

                                                  s/ Kadya Peter
                                                  Deputy Clerk

MINUTE ORDER - 2